IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYVANIA

| | : | |
|---|---|---|
| JAMAL FAYYADH | : | |
| | : | |
| v. | : | NO. 23-CV-4707 SWR |
| | : | |
| MARTIN O'MALLEY, | : | |
| Commissioner of Social Security | : | |
| | : | |

**O R D E R**

SCOTT W. REID, J.

AND NOW, this 17th day of June, 2024, it is hereby ORDERED that Claimant's Request for Review is DENIED, and JUDGMENT IS ENTERED in favor of Defendant;

The Clerk of Court is hereby directed to mark this case as CLOSED.

BY THE COURT:

*/s/ Scott W. Reid*

_____
SCOTT W. REID, J.
UNITED STATES MAGISTRAGE JUDGE